## McCLELLAN *v.* THE STATE.

RUSSELL, C. J. The plaintiff in error was tried and convicted in the same trial with *Coggeshall* v. *State*, this day decided. Though they made separate motions for new trials, necessitating two writs of error, the evidence and the assignments of error in the two cases are identical, and the decision in this case is necessarily controlled by the judgment in *Coggeshall* v. *State*. *Judgment affirmed. All the Justices concur.*

No. 4937. NOVEMBER 13, 1925. REHEARING DENIED DECEMBER 18, 1925.